FILED

12/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0430

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 24-0430

JOSH HENDERSON,

              Plaintiff/Appellee,

    -vs.-

SILVER BOW PIZZA and TAYLOR BOWMAN,

              Defendants/Appellant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

ORDER OF DISMISSAL WITH PREJUDICE      Page 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 20 2024